# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>**GARY LEVERNE MITCHELL** | Case No.<br>1:11-CR-00114 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, GARY L. MITCHELL, have discussed with KIMBERLY M. DALTON, Supervising Pretrial Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment including treatment for depression, and pay for costs as approved by Pretrial Services, be added.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-12-11      _____  9/12/11
Signature of Defendant      Date          Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                 9/12/11
Signature of Assistant United States Attorney  Jeremy Jehangiri           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 9/12/11
Signature of Defense Counsel   Peggy Sasso                                Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  9/12/11 .
☐ The above modification of conditions of release is *not* ordered.

_____                 9/12/11
Signature of Judicial Officer                                             Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services