1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GARY LAVERNE MITCHELL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-0114 LJO
                                       )
12                 *Plaintiff,*        )   REQUEST FOR TRAVEL ASSISTANCE
                                       )   PURSUANT TO 18 U.S.C § 4285;
13        v.                           )   ORDER THEREON
                                       )
14  GARY LAVERNE MITCHELL,             )   Date:  December 5, 2011
                                       )   Time:  1:00 p.m.
15                 *Defendant.*        )   Judge: Hon. Lawrence J. O'Neill
                                       )
16  _____)

17

18        Mr. Mitchell, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285,

19  this Court direct the United States Marshal to furnish him with the cost of a round-trip ticket via

20  Greyhound from Reno, NV to Fresno, CA, so that he may attend his required court appearance on

21  December 5, 2011.  Additionally, Mr. Mitchell requests the United States Marshal provide him with

22  subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for

23  travel under 5 U.S.C. §5702(a).  18 U.S.C. § 4285.

24        Mr. Mitchell has been found to be indigent and eligible for appointed counsel.  Additionally, it

25  has previously been determined that as an indigent defendant Mr. Mitchell is unable to afford to travel

26  from his home in Reno, NV to his required court appearances in Fresno, CA without financial assistance.

27  There has been no change of circumstance since the court's previous Order on September 12, 2011.  He

28  ///

1   therefore respectfully requests the Court direct that those expenses be paid as contemplated by 18 U.S.C.

2   § 4285.

3          DATED: November 18, 2011

4                                              Respectfully submitted,

5                                              DANIEL J. BRODERICK
                                               Federal Defender

6

7                                              /s/ Peggy Sasso
                                               PEGGY SASSO

8                                              Assistant Federal Defender
                                               Attorney for Gary Laverne Mitchell

9

10

11

12                                        **ORDER**

13          A Request For Travel Assistance having been made to this Court, and good cause appearing

14   therefore, IT IS HEREBY ORDERED pursuant to the provisions of Title 18 U.S.C. § 4285 that the United

15   States Marshal shall furnish Mr. Mitchell, defendant on bond, with the cost of a round-trip Greyhound

16   ticket from Reno, NV to Fresno, CA  so that he may appear before United States District Judge Lawrence

17   J. O'Neill on Monday, December 5, 2011 at 1:00 p.m. at the United States District Court located at 2500

18   Tulare Street, Fresno, California.   This order includes transportation fare and subsistence expenses not to

19   exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).  Such expenses

20   shall be paid by the U.S. Marshal out of funds authorized by the Attorney General for such expenses.

21

22

23

24   IT IS SO ORDERED.

25   **Dated:    November 23, 2011**          **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

26

27

28

18 U.S.C. §4285 request;
[Proposed] Order Thereon                    −2−